Jamaal LEWIS, Petitioner–Appellant,

v.

L. J. ODDO, Warden, Respondent–
Appellant.

No. 16-6170

United States Court of Appeals,
Fourth Circuit.

Submitted: July 29, 2016

Decided: August 26, 2016

Jamaal Lewis, Appellant Pro Se. Helen Campbell Altmeyer, Erin Carter Tison, Assistant United States Attorneys, Wheeling, West Virginia, for Appellee.

Before NIEMEYER, KEENAN, and HARRIS, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jamaal Lewis, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C. § 2241 (2012) petition. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. See Lewis v. Oddo, No. 5:14–cv–00108–FPS–RWT, 2016 WL 325129 (N.D. W. Va. Jan. 27, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED